**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| CARLOS GALLEGOS-ESQUEDA<br>and JACQUELINE LOPEZ,<br><br>Plaintiffs,<br>v.<br><br>LAKE COUNTY, INDIANA SHERIFF'S<br>DEPARTMENT, JOHN BUNCICH, individually<br>and in his capacity as the former Sheriff of Lake<br>County, Indiana; SHERIFF OSCAR MARTINEZ,<br>in his capacity as the Sheriff of Lake County,<br>Indiana; ANIBAL RAMOS; LAKE COUNTY,<br>INDIANA and the LAKE COUNTY INDIANA<br>BOARD OF COMMISSIONERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

Defendant, JOHN BUNCICH, individually and in his capacity as former Sheriff of Lake County, Indiana (Buncich), by counsel Alfredo Estrada and John P. Bushemi of Burke Costanza & Carberry LLP, files his Notice of Removal of this action from the Lake Superior Court, Crown Point, Indiana and states as follows:

1.      On June 8, 2018, Plaintiffs filed their Complaint alleging a federal claim against John Buncich, individually and in his capacity as former Sheriff of Lake County, Indiana, in the Lake Superior Court sitting in Crown Point, Indiana. A true and accurate copy of the Complaint is attached hereto as Exhibit "A".

2.      Plaintiffs' federal claim under Section 1983 arises under the laws of the United States and consequently, this court has original jurisdiction over his claim pursuant to 28 U.S.C. § 1331.

3.      Since this Court has original jurisdiction over this action, removal of Plaintiffs' Complaint from state court to federal court is proper in accordance with 28 U.S.C. § 1441(a).

4.      Venue is proper in this Court in accordance with 28 U.S.C. § 1441(a) because the Northern District of Indiana, Hammond Division, embraces Crown Point, Indiana which is where the Complaint is currently pending.

5.      Buncich was served with the Complaint on July 6, 2018.  Pursuant to 28 U.S.C. § 1444(b), Buncich must file his Notice of Removal within thirty (30) days after the receipt, through service, of a copy of Plaintiffs' Complaint. This Notice is filed within thirty (30) days of Buncich's receipt of the Complaint and is therefore timely filed.

6.      In accordance with 28 U.S.C. § 1446(a), attached hereto and incorporation herein by reference are copies of all of the process, pleadings and orders served upon Buncich.  A true and accurate copy of all of the process, pleadings and orders are attached hereto as Exhibit "B".

7.      Concurrent with the filing of this Notice of Removal, Buncich is providing written notice of this pleading to all adverse parties and is filing a copy of this Notice with the Clerk of the Lake Superior Court, Crown Point, Indiana, pursuant to 28 U.S.C. § 1446(d).

8.      Pursuant to 28 U.S.C. § 1446(b)(2)(A) all Defendants who have been properly joined and served, join and consent to the removal of this action.

WHEREFORE, Defendant John Buncich, individually and in his capacity as former Sheriff of Lake County, Indiana, joined by and with consent of all properly joined defendants, gives notice that the above-described action currently pending in the Lake Superior Court, Crown Point, Indiana, is being removed to the United States District Court for the Northern District of Indiana, Hammond Division.

Respectfully submitted,

By: /s/ Alfredo Estrada
Alfredo Estrada, #32580-45
John P. Bushemi, #3042-45
Burke Costanza & Carberry LLP
9191 Broadway
Merrillville, IN 46410
(219) 769-1313
estrada@bcclegal.com
bushemi@bcclegal.com
*Attorneys for Defendant John Buncich*
*individually and in his capacity as former*
*Sheriff of Lake County, Indiana*

By:/s/ John M. Kopack
John M. Kopack, #5302-45
Kopack & Associates
9111 Broadway, St. GG
P.O. Box 10607
Merrillville, IN 46411
(219) 738-2978
john@kopack-law.com
*Attorney for Defendants Lake County Sheriff's*
*Department and Oscar Martinez in his*
*capacity as Sheriff of Lake County, Indiana*

By: /s/ Angela Jones
The Law Office of Angela Jones, LLC
9301 Calumet Avenue, Suite 2F
Munster, IN 46321
Ajones @angelajoneslegal.com
*Attorney for Defendants Lake County, Indiana*
*Lake County, Indiana Board of Commissioners*
*and Anibal Ramos*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2018 service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record by depositing the same in the United States mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

/s/Alfredo Estrada

3